UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TIMOTHY LANDON,<br>RICHARD MCCOLLOUGH,<br>ERIC THOMPSON,<br>ROBERT WALLIN,<br><br>        Defendants. | Case No. 1:18-CR-00113-BLW<br><br>**ORDER** |

    The Court, having reviewed the Government's Application for Protective Order (Dkt. 40), and good cause appearing therefore,

    IT IS HEREBY ORDERED that the Application for Protective Order is GRANTED.

    IT IS FURTHER ORDERED that counsel for Defendants are prohibited from reviewing the discovery material in this case, or copies thereof, with any person other than his client, employees, investigators, or agents.

    IT IS FURTHER ORDERED that counsel for Defendants and counsel's employees, investigators, or agents may show Defendants the discovery material in this case, but counsel and his employees, investigators, and agents are prohibited from leaving copies of the discovery material with Defendants or providing such material to any other persons.

IT IS FURTHER ORDERED that Defendants are prohibited from copying the discovery material in this case or disseminating such discovery material to any other persons.

DATED: April 26, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court