UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIK THOMPSON<br><br>Defendant. | Case No. 1:18-cr-00113-BLW-3<br><br>**MEMORANDUM DECISION AND ORDER** |

Defendant Erik Thompson filed a motion asking the Court to remove the Public Safety Factor from his case so that he can be transferred to a federal prison camp to complete his sentence. Because the Court lacks jurisdiction to offer that relief, the motion is denied.

The public safety factor is part of BOP's custody classification system. *BOP Program Statement 5100.08*, *Inmate Security Designation and Custody Classification*, https://www.bop.gov/policy/progstat/5100_008.pdf. Each BOP inmate is assigned a security point score, which is then used to identify the type of institution that may house that inmate. BOP calculates an inmate's score using various factors, such as commitment offense, criminal history, and public safety. *Id.* There are several public safety factors—"certain demonstrated behaviors which

**MEMORANDUM DECISION AND ORDER - 1**

require increased security measures to ensure the protection of society." *Id.* Federal law gives BOP sole responsibility for identifying facilities to house federal inmates. 18 U.S.C. § 3621(b). *See also Grayson v. Rison*, 945 F.2d 1064, 1067 (9th Cir. 1991) (holding that BOP inmates have "no right to be at any particular prison" within the federal system); *Reeb v. Thomas*, 636 F.3d 1224, 1228 (9th Cir. 2011) (holding that federal courts lack jurisdiction to review RDAP determinations made pursuant to 18 U.S.C. § 3621(b)). The Court does not have jurisdiction to review BOP's facility decisions or the public safety factor determinations that inform them.

**IT IS ORDERED that:**

1. Defendant's motion to remove the public safety factor (Dkt. 167) is **DENIED**.

DATED: October 11, 2022

_____
B. Lynn Winmill
U.S. District Court Judge

**MEMORANDUM DECISION AND ORDER - 2**